IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                Plaintiff,

v.                                      Case No.: 2:19–cr–09999–WLS
                                          Judge William L. Standish

JOHN DOE, et al.

                Defendant.

## **PROBABLE CAUSE ORDER**

AND NOW, this day the 11th of July 2019, following a Preliminary Hearing, the Court finds that probable cause exists which supports a finding that the charged violations have been committed by the defendant.

BY THE COURT:

s/

United States Magistrate Judge