IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                Plaintiff,

v.                                    Case No.: 2:19−cr−09999−WLS

                                              Judge William L. Standish

JOHN DOE, et al.

                Defendant.

## ORDER OF DETENTION

    AND NOW, this day the 22nd of August 2019, the defendant having appeared before the undersigned United States Magistrate Judge, the defendant is Ordered detained pending a final revocation hearing before United States District Judge [Judge to be determined].

    IT IS ORDERED that the defendant is committed to the custody of the United States Marshal for the Western District of Pennsylvania.

    IT IS FURTHER ORDERED that the defendant be produced before the above United States District Judge on [date and time to be set by further Order of Court] for further revocation proceedings.

                                                                     s/ Richard A. Lanzillo

                                                    United States Magistrate Judge