IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                            Case No.: 2:19–cr–09999–WLS

                                              Judge William L. Standish

JOHN DOE, et al.

                       Defendant.

## **PROBABLE CAUSE ORDER**

    AND NOW, this day the 13th of September 2019, following a Preliminary Hearing, the Court finds that probable cause exists which supports a finding that the charged violations have been committed by the defendant.

                                                                         BY THE COURT:

                                                                s/ Cynthia Reed Eddy

                                                              United States Magistrate Judge